1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| CHRIS LEON SPELLS,      | Case No. 16-cv-102-BAS-WVG |
|                         |                            |
| Petitioner,             | **ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS** |
| v.                      |                            |
| SCOTT KERNAN, et al.,[1] |                           |
| Respondents.            |                            |

Petitioner, a state prisoner proceeding *pro se*, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed *in forma pauperis* ("IFP"). (ECF Nos. 1, 2.) Petitioner has $0.00 on account at the California correctional institution in which he is presently confined and cannot afford the $5.00 filing fee. (ECF No. 2.) Accordingly, the Court **GRANTS** Petitioner's

---

[1] Petitioner originally named Jeffrey Beard, the former Secretary of the California Department of Correction and Rehabilitation (CDCR), in his petition. The current Secretary of the CDCR is Scott Kernan. *See* http://www.cdcr.ca.gov/. Accordingly, this Court *sua sponte* substitutes Scott Kernan as Respondent. *See* Fed. R. Civ. P. 25(d) ("An action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party.").

– 1 –

16cv102

1  application to proceed IFP. Petitioner may prosecute this action without prepayment
2  of filing fees or costs, and without posting security. The Clerk of Court shall file the
3  Petition.
4        **IT IS SO ORDERED.**
5
6  **DATED:  February 4, 2016**

                Hon. Cynthia Bashant
                United States District Judge